UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21518-PAS-SEITZ/O'SULLIVAN

CANON LATIN AMERICA, INC.,

    Plaintiff,

v.

LANTECH (C.R.) S.A., MANUEL JIMENEZ,
ROBERT C. VAN DER PUTTEN REYES,,

    Defendants.
_____/

## NOTICE TO PARTIES AND DIRECTIONS TO CLERK OF COURT

THIS MATTER is before the Court *sua sponte*. In an effort to provide the greatest amount of candor, fairness, and communication to the litigants, the Parties are hereby notified of a prior professional relationship between the undersigned and Traci H. Rollins, counsel for Defendant Lantech, S.A. From January 1995 through May 1996, the undersigned and Ms. Rollins were partners[1] at Steel Hector & Davis LLP (now Squire, Sanders & Dempsey, LLP). The Court does not find this relationship warrants recusal under 28 U.S.C. § 455, and only provides this Notice in an abundance of caution. However, if any Party perceives that they will be unfairly prejudiced by the prior relationship, it is

ORDERED THAT such Party shall file a Notice with the Clerk of the Court, under seal, no later than **June 27, 2008**. The Clerk of the Court shall notify the Court if any Party has filed an objection, but shall not advise this Court of the identity of the objecting Party. If the Court receives no notice from the Clerk, the Court will continue to preside over the instant matter.

DONE AND ORDERED in Miami, Florida this 2nd day of June, 2008.

                              PATRICIA A. SEITZ
                              UNITED STATES DISTRICT JUDGE

cc:  All counsel of record

---

[1] Ms. Rollins began working as an associate at Steel Hector & Davis LLP in September 1992 and became a partner in January 1995.